## 40110. ANDERSON v. ANDERSON.

PER CURIAM.

After plenary consideration of this matter, it is found not to satisfy the criteria for granting an application to appeal, and the appeal is therefore dismissed.

*Appeal dismissed. All the Justices concur.*

DECIDED SEPTEMBER 8, 1983.

*Helen A. Roan, Helen J. Medlin,* for appellant.
*Smith, Mitchell & Mitchell, Darel C. Mitchell,* for appellee.